Todd M. Friedman, Law Offices of Todd M. Freidman, P.C.
369 S. Doheny Drive, #415
Beverly Hills, CA 90211
Tel: 877/206-4741
Fax: 866/623-0228
tfriedman@attorneysforconsumers.com

Attorney for Plaintiff Joseph Ruffalo

BIRGIT DACHTERA STUART (154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone (301) 770-7490
Facsimile (301) 770-7493
E-Mail: bstuart@roncanterllc.com

Attorney for Defendant Mann Bracken, L.L.P.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | | |
|---|---|---|
| **JOSEPH RUFFALO** | ) | Case No. 3:09-CV-02233-MHP |
| | ) | |
| Plaintiff, | ) | **STIPULATION OF DISMISSAL,** |
| | ) | **WITH PREJUDICE; (PROPOSED)** |
| vs. | ) | **ORDER** |
| | ) | |
| **MANN BRACKEN, LLP** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff JOSEPH RUFFALO, and Defendant MANN BRACKEN, LLP., stipulate, and the Court hereby orders, as follows:

    1.    Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

    2.    Parties to bear their own fees and costs.

Dated: July 13, 2009

                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.
          By: /s/ Todd M. Friedman
              Todd M. Friedman
              Attorney for Plaintiff
              Joseph Ruffalo


                    THE LAW OFFICES OF RONALD S. CANTER, LLC
          By: /s/ Birgit Dachtera Stuart
              Birgit Dachtera Stuart
              Attorney for Defendant Mann Bracken, L.L.P.


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.


DATED: _7/24/2009_____

IT IS SO ORDERED

*[Signature]*
Judge Marilyn H. Patel

*[Seal: United States District Court, Northern District of California]*

Stipulation to Dismiss- 2